**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 116527
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Mi Y Lee, individually and on behalf of all others similarly situated, | Docket No: 2:19-cv-18635-ES-SCM |
| Plaintiff, | |
| -against- | |
| Diversified Consultants Inc., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: January 7, 2020

**BARSHAY SANDERS, PLLC**

By: __/s Craig B. Sanders__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 116527
*Attorneys for Plaintiff*

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Date: January 8, 2020